**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BETTY E. SHARPE,

      Plaintiff,

vs.                                                                              CASE NO. 6:06-CV-1055-ORL-19JGG

UNITED STATES ARMY,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 6, filed September 18, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 6) is **ADOPTED and AFFIRMED.** The Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2, filed July 17, 2006) is hereby **DENIED.** This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction, failure to state a claim, and frivolousness pursuant to 28 U.S.C. §1915(e)(2).

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of October, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record